**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 97-6123**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

EMMETT ALVIN MONSON, a/k/a Timothy Lee Barr,

                              Defendant - Appellant.

─────────

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  Frank W. Bullock, Jr., Chief District Judge.  (CR-93-42)

─────────

Submitted:  November 25, 1997        Decided:  December 15, 1997

─────────

Before MURNAGHAN and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Emmett Alvin Monson, Appellant Pro Se.  Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emmett Monson appeals from a district court order denying his motion for a reduction of his sentence under 18 U.S.C. § 3582(c)(2) (1994). Monson's motion was based solely on his contention that his sentence ought to be reduced under Amendment 506 to Application Note 2 of § 4B1.1 of the United States Sentencing Guidelines. See U.S. Sentencing Guidelines Manual § 4B1.1 n.2 (1995). We placed this case in abeyance pending the Supreme Court's determination of whether Amendment 506, which instructs courts to ignore enhancements to the applicable statutory maximum which are based on a defendant's prior criminal record, is invalid because it conflicts with the mandate of 28 U.S.C. § 994(h) (1994), that career offenders be sentenced "at or near" the maximum statutory term.

The Supreme Court recently held that Amendment 506 is invalid in United States v. Labonte, ___ U.S. ___, 117 S. Ct. 1673, 1679 (1997). Because that decision completely forecloses Monson's arguments on appeal, the order of the district court is affirmed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2